LEFT SIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MONAZZAMI TAGAHADOMI, | ) | CIVIL 01-00171ACK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | RECEIPT FOR EXHIBITS |
| | ) | |
| EXTREME SPORTS MAUI, | ) | |
| | ) | |
| Defendant(s). | ) | |

I, TERESA TICO, ESQ., the designated Court custodian of all exhibits on the attached list herein, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:    Honolulu, Hawaii, ___8/8/07___.

_____
Signature

Attorney for: ___Plaintiff___